Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Guillermo Madrigal Ochoa

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MADRIGAL OCHOA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:13-cv-05307-JST-SP<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   November 24, 2014

_____/s/_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Vijay J. Patel*
   _____
4  Vijay J. Patel
   Attorney for plaintiff Guillermo Madrigal Ochoa